[No. 31786-9-II.   Division Two.   November 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY ROBERT MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00115-8, Gordon Godfrey, J., entered April 21, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Bridgewater and Armstrong, JJ.

[No. 31820-2-II.   Division Two.   November 15, 2005.]

*In the Matter of the Welfare of* K.J.C.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-7-01537-1, Marywave Van Deren, J., entered May 13, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.

[No. 32057-6-II.   Division Two.   November 15, 2005.]

*In the Matter of the Marriage of* MARIA PICKERING, *Respondent*, and R.C. PICKERING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-04823-6, Thomas P. Larkin, J., entered August 3, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, J., and Morgan, J. Pro Tem.

[No. 32419-9-II.   Division Two.   November 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SEAN DAMEK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00635-8, Leila Mills, J., entered October 15, 2004. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.